Michael NEWBORN, Petitioner-Appellant,

v.

Stephanie HOLLEMBEAK, Warden, Defendant-Appellee

No. 16-7348

United States Court of Appeals, Fourth Circuit.

Submitted: December 20, 2016

Decided: December 22, 2016

Michael Newborn, Appellant Pro Se.

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Newborn, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Newborn v. Hollembeak, No. 5:16-hc-02040-D (E.D.N.C. Sept. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED